**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| VDPP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>Defendant. | C.A. No. 2:26-cv-0051 (Lead Case)<br><br>C.A. No. 2:26-cv-0049 (Member Case)<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT'S NOTICE OF COMPLIANCE**

Defendant, Home Depot U.S.A., Inc., hereby notifies the Court and all parties of record that on September 9, 2026, it complied with the First Amended Docket Control Order and served its P.R. 3-3 and 3-4 Disclosures and Subject-Matter Eligibility Contentions on Plaintiff's counsel.

Dated: September 9, 2026

*/s/ Michael Strapp*

Michael Strapp (MA Bar No. 653884)
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6031
Facsimile: 617.406.6100
michael.strapp@us.dlapiper.com

Jackob Ben-Ezra (TX Bar No. 24073907)
DLA Piper LLP (US)
845 Texas Avenue
Suite 3800
Houston, TX 77002
Telephone: 713.425.8400
Facsimile: 713.425.8401
jackob.ben-ezra@us.dlapiper.com

Hayley M. Ostrin (TX Bar No. 24116862)
DLA Piper LLP (US)

500 Eighth Street, NW
Washington, DC 20004
Telephone: 202.799.4000
Facsimile: 202.799.5000
hayley.ostrin@us.dlapiper.com

***Attorneys for Home Depot U.S.A., Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 9, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5.3.

*/s/ Michael Strapp*
Michael Strapp