**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **VDPP, LLC**<br><br>**v.**<br>**PENNEY OPCO LLC, d/b/a JCPENNEY**<br><br>**MACY'S CORPORATION SERVICES, LLC d/b/a MACY'S**<br><br>**HOME DEPOT U.S.A., INC.**<br><br>**JAMBA JUICE LLC**<br><br>**TARGET CORPORATION** | **Case No. 2:26-cv-00051-JRG (Lead Case)**<br>**Case No. 2:25-cv-01144-JRG (Member case)**<br><br>**Case No. 2:26-cv-00049-JRG (Member case)**<br><br>**Case No. 2:26-cv-00073-JRG (Member case)**<br><br>**Case No. 2:26-cv-00173-JRG (Member case)** |

**<u>DEFENDANT'S NOTICE OF COMPLIANCE</u>**

Defendant Jamba Juice LLC hereby notifies the Court and all parties of record that on September 9, 2026, it complied with the First Amended Docket Control Order and served its P.R. 3-3 and 3-4 Disclosures and Subject-Matter Eligibility Contentions on Plaintiff's counsel.

Dated: September 9, 2026

**FISH & RICHARDSON P.C.**

*/s/ Noel F. Chakkalakal*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Ricardo J. Bonilla
Texas Bar No. 24082704
rbonilla@fr.com
Noel F. Chakkalakal
Texas Bar No. 24053676
chakkalakal@fr.com
Alexander H. Martin
Texas Bar No. 24091828
martin@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**COUNSEL FOR DEFENDANT JAMBA JUICE, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 9, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Noel F. Chakkalakal*
Noel F. Chakkalakal